In the Matter of ANGELO ROSSI, Respondent, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Appellants.

Submitted October 2, 1950; decided October 12, 1950.

*Melvin Howard Osterman* for motion.

*Alvin McKinley Sylvester* and *Charles W. Chattaway* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.